Thomas F. Morin, Appellant, v. City of Buffalo, Respondent.— Judgment affirmed, with costs. All concurred.

Thomas Connolly, an Infant, etc., Respondent, v. Delaware, Lackawanna and Western Coal Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph Krulik, an Infant, etc., Respondent, v. Albert J. Rice and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

Lottie R. Bartlett, Respondent, v. Town of Rushford, Appellant.— Judgment and order affirmed, with costs. All concurred.

Miles F. Bixler, Appellant, v. Clinton L. Bradburn and Another, Respondents.— Judgment affirmed, with costs. All concurred.

The New York Central and Hudson River Railroad Company, Appellant, v. The Village of East Syracuse, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert H. Stevens, Appellant, v. Corinne M. Fogle, Respondent, Impleaded with Others.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon questions of law only. Held, that the evidence of the witness George Hartley, given upon the trial of the executor's action, was improperly received, and its reception constitutes reversible error. All concurred.

Morris L. Eddy and Another, Appellants, v. Amelia E. McKay, Respondent.— Judgment affirmed, with costs. All concurred.

John J. Short, Appellant, v. Corning and Painted Post Street Railway, Respondent.— Judgment and order affirmed, with costs. All concurred.

Frank B. Townsend, Respondent, v. Ezekiel C. Perry and Others, Appellants.— Motion to amend order of modification and affirmance, entered July 7, 1915, so as to make same more definite as to what costs are to be paid as a condition of granting new trial denied, with ten dollars costs.

City of Salamanca, Appellant, v. C. Fred Miller, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Morris Fox, Respondent, v. David W. Isenbergh, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Altering of the Grade of Clinton Avenue, North, in the City of Rochester (In the Matter of Lands of Elizabeth Cassabeer and Others).— Appeal dismissed, without costs, upon stipulation filed.

Edward C. Ruchte, Appellant, v. Jessie F. Peggie and Alfred G. Hauenstein, Appellants, and Frederick J. Ross, Respondent, Impleaded with Others.— Appeal dismissed, without costs, upon stipulation filed.

Edward C. Ruchte, Appellant, v. Jessie F. Peggie and George Dietrich, Appellants, and Frederick J. Ross, Respondent, Impleaded with Others. —Appeal dismissed, without costs, upon stipulation filed.

Mary T. Maytham, Appellant, v. Elizabeth A. Eddy, Respondent.— Application to dismiss appeal granted and appeal dismissed, without costs, upon stipulation and affidavit of respondent's attorney filed.

Dollie Rice, Respondent, v. Robert Bartlett, Appellant.— Appeal dismissed, without costs, upon stipulation filed.